| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schiltz, Patrick J | U.S. District Court, Minnesota | 12/16/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge -- Nominee | ● Nomination, Date 12/14/2005 ○ Initial ○ Annual ○ Final | 1/1/2004 to 12/1/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UST School of Law 1000 LaSalle Ave. #MSL 400 Minneapolis, MN 55403 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. St. Thomas More Chair in Law | University of St. Thomas School of Law |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income )

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2005 | University of St. Thomas School of Law (salary and summer research stipend) | 192,060.23 |
| 2. | 2004 | University of St. Thomas School of Law (salary and summer research stipend) | 193,991.00 |
| 3. | 2003 | University of St. Thomas School of Law (salary and summer research stipend) | 192,630.00 |
| 4. | 2005 | West Publishing (payment for annual supplement to treatise) | 5,500.00 |
| 5. | 2004 | West Publishing (payment for annual supplement to treatise) | 5,500.00 |
| 6. | 2003 | West Publishing (payment for annual supplement to treatise) | 5,000.00 |
| 7. | 2005 | University of Dayton (honorarium) | 1,000.00 |
| 8. | 2005 | Washington and Lee University School of Law (honorarium) | 1,000.00 |
| 9. | 2004 | Evangelical Lutheran Church in America (honorarium) | 2,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | University of St. Thomas School of Law (salary and summer research stipend) |
| 2. | 2004 | University of St. Thomas School of Law (salary and summer research stipend) |
| 3. | 2005 | West Publishing (payment for work on casebook supplement) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Schiltz, Patrick J | 12/16/2005 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Exempt | |

## V.  GIFTS.  (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☐ **NONE**  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.   Exempt | | |

## VI.  LIABILITIES.  (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☐ **NONE**  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.   Wells Fargo Bank | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J | 12/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BANK ACCOUNTS | | | | | Exempt | | | | |
| 2. Wells Fargo Bank Accounts | B | Interest | M | T | | | | | |
| 3. U.S. Senate Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 4. FAEGRE & BENSON RETIREMENT ACCOUNT #1 | | | | | | | | | |
| 5. — Wells Fargo Adv Index Fund | | None | M | T | | | | | |
| 6. FAEGRE & BENSON RETIREMENT ACCOUNT #2 | | | | | | | | | |
| 7. — Wells Fargo Adv Index Fund | | None | L | T | | | | | |
| 8. UNIVERSITY OF ST. THOMAS 403(b) ACCOUNT #1 | | | | | | | | | |
| 9. — CREF Stock Fund | | None | M | T | | | | | |
| 10. — CREF Growth Fund | | None | L | T | | | | | |
| 11. — CREF Bond Market Fund | | None | K | T | | | | | |
| 12. UNIVERSITY OF ST. THOMAS 403(b) ACCOUNT #2 | | | | | | | | | |
| 13. — CREF Stock Fund | | None | M | T | | | | | |
| 14. — CREF Growth Fund | | None | K | T | | | | | |
| 15. — CREF Bond Market Fund | | None | K | T | | | | | |
| 16. IRA #1 | | | | | | | | | |
| 17. — Oakmark Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Schiltz, Patrick J | 12/16/2005 |

## VII. INVESTMENTS and TRUSTS
– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date. Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #2 | | | | | | | | | |
| 19. -- Oakmark Fund | A | Dividend | K | T | | | | | |
| 20. MUTUAL FUNDS | | | | | | | | | |
| 21. Credit Suisse Fixed Income Fund | A | Dividend | J | T | | | | | |
| 22. Fidelity New Markets Income Fund | B | Dividend | K | T | | | | | |
| 23. Janus Fund | | None | | | | | | | |
| 24. Janus Mercury Fund | A | Dividend | | | | | | | |
| 25. Janus Olympus Fund | | None | | | | | | | |
| 26. Janus Worldwide Fund | A | Dividend | K | T | | | | | |
| 27. Northeast Investors Trust | A | Dividend | J | T | | | | | |
| 28. Oakmark Fund | A | Dividend | J | T | | | | | |
| 29. T. Rowe Price Small-Cap Stock Fund | A | Dividend | J | T | | | | | |
| 30. T. Rowe Price Tax-Free High Yield Fund | B | Dividend | K | T | | | | | |
| 31. Tweedy Browne American Value Fund | A | Dividend | J | T | | | | | |
| 32. Vanguard GNMA Fund | B | Dividend | K | T | | | | | |
| 33. Vanguard Intermediate-Term Tax-Exempt Fund | A | Dividend | J | T | | | | | |
| 34. Vanguard Limited-Term Tax-Exempt Fund | A | Dividend | J | T | | | | | |
| 35. Vanguard REIT Index Fund | B | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2 Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3 Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Schiltz, Patrick J | 12/16/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. OTHER INVESTMENTS | | | | | | | | | |
| 37. F&B Building Partnership | | None | J | W | | | | | See note in Part VIII |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Schiltz, Patrick J | 12/16/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII, Page 3, Line 37: The F&B Building Partnership is a Minnesota general partnership consisting of all current and former partners of Faegre & Benson LLP. The F&B Building Partnership, in turn, is a limited partner in the Sixth & Marquette Partnership, which owns the Wells Fargo Center in Minneapolis, Minnesota. The F&B Building Partnership distributes current year's income only to current F&B partners, so I receive no income from the partnership. If the Wells Fargo Center is ever sold, both current and former F&B partners would receive an allocation of any gains from that sale. Thus, if the Wells Fargo Center is not sold during my lifetime, I will never receive any money from the F&B Building Partnership. Even if the Wells Fargo Center is sold during my lifetime, my share of the gains from that sale would likely be miniscule, as I was a partner at Faegre & Benson for only two years, and the size of one's share depends on the length of one's service as an Faegre & Benson partner.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Schiltz, Patrick J | 12/16/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____      Date  12/16/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 114 | 486 | 19 | Notes payable to banks-secured | | 0 | |
| U.S. Government securities-add schedule | | 0 | | Notes payable to banks-unsecured | | 0 | |
| Listed securities-add schedule | | 0 | | Notes payable to relatives | | 0 | |
| Unlisted securities--add schedule | | 0 | | Notes payable to others | | 0 | |
| Accounts and notes receivable: | | 0 | | Accounts and bills due | | 0 | |
| Due from relatives and friends | | 0 | | Unpaid income tax | | 0 | |
| Due from others | | 0 | | Other unpaid income and interest | | 0 | |
| Doubtful | | 0 | | Real estate mortgages payable-add schedule | 402 | 347 | 56 |
| Real estate owned-add schedule | 550 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | 0 | | Other debts-itemize: | | | |
| Autos and other personal property | 50 | 000 | 00 | Car loan | 21 | 462 | 13 |
| Cash value-life insurance | | 0 | | | | | |
| Other assets itemize: | | | | | | | |
| Retirement accounts (401(k), 403(b), etc.) | 771 | 735 | 14 | | | | |
| Mutual funds | 166 | 996 | 22 | | | | |
| | | | | Total liabilities | 423 | 809 | 69 |
| | | | | Net Worth | 1,229 | 407 | 86 |
| Total Assets | 1,653 | 217 | 55 | Total liabilities and net worth | 1,653 | 217 | 55 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 0 | | Are any assets pledged? (Add schedule) | | No | |
| On leases or contracts | | 0 | | Are you defendant in any suits or legal actions? | | No | |
| Legal Claims | | 0 | | Have you ever taken bankruptcy? | | No | |
| Provision for Federal Income Tax | | 0 | | | | | |
| Other special debt | | 0 | | | | | |